1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Assistant United States Attorney
3  Chief, Civil Division
   JAMES A. SCHARF (CSBN 152171)
4  Assistant United States Attorney

5       U.S. Attorney's Office/Civil Division
        150 Almaden Blvd., Suite 900
6       San Jose, CA  95113
        Telephone:  (408) 535-5044
7       Fax:  (408) 535-5081
        Email:  james.scharf@usdoj.gov
8
   Attorneys for Defendant
9

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13

14 | STATE FARM MUTUAL AUTOMOBILE    ) Case No. 20-06886-JCS
   | INSURANCE COMPANY,              )
15 |                                 ) STIPULATION OF DISMISSAL WITH
   |                    Plaintiff,   ) PREJUDICE
16 |                                 )
   | v.                              )
17 |                                 )
   |                                 )
18 | UNITED STATES OF AMERICA,       )
   |                                 )
19 |                    Defendant.   )
                                     )
20

21

22

23

24

25

26

27
   STIPULATION OF DISMISSAL WITH PREJUDICE
28 Case No. 20-06886-JCS
                                          1

The parties to this action hereby stipulate and agree that the above-referenced action is voluntarily dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a), with each party to bear their own costs and fees.

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

Dated:  February 25, 2021

/s/  James A. Scharf
JAMES A. SCHARF
Assistant United States Attorney
Attorneys for Defendant
United States of America

Dated:  February 25, 2021

/s/  Joseph M. Pleasant
JOSEPH M. PLEASANT
Attorney for Plaintiff

Dated: February 25, 2021

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION OF DISMISSAL WITH PREJUDICE
Case No. 20-06886-JCS